IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-395-D
No. 5:24-CV-569-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| XAVIER DOMINIQUE GARRIS, ) | |
| ) | |
| Defendant. ) | |

The United States SHALL respond to defendant's motion for compassionate release [D.E. 62] not later than February 27, 2026.

SO ORDERED. This 15 day of January, 2026.

JAMES C. DEVER III
United States District Judge