IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-395-D
No. 5:24-CV-569-D

XAVIER DOMINIQUE GARRIS,       )
                               )
              Petitioner,      )
                               )
       v.                      )
                               )        **ORDER**
UNITED STATES OF AMERICA,       )
                               )
              Respondent.      )

Petitioner failed to comply with this court's order of March 13, 2026 [D.E. 69]. Thus, the court DISMISSES WITHOUT PREJUDICE petitioner's motion [D.E. 57] and DENIES a certificate of appealability.

SO ORDERED. This 16 day of June, 2026.

JAMES C. DEVER III
United States District Judge